(July 8, 1986)

■ In the Matter of LUNDES GARRETT, Petitioner, v THOMAS A COUGHLIN, III, as Commissioner of Corrections, et al., Respondents.—Motion for permission to proceed as a poor person on appeal treated as an application, pursuant to CPLR 5704 (a), to review an order of Supreme Court at Special Term which, in effect, denied petitioner's application for an order to show cause to commence a proceeding against respondents pursuant to CPLR article 78. Application denied (see, Matter of King v Gregorie, 90 AD2d 922, lv dismissed 58 NY2d 822). Mahoney, P. J., Kane, Yesawich, Jr., Levine and Harvey, JJ., concur.